JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA HOLLOWAY,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY OF CALIFORNIA, a California corporation; and DOES1-30, inclusive,<br><br>Defendants. | No. 5:21-cv-01359 JAK (SHKx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE (DKT. 13)** |

Based on a review of the Joint Stipulation to Dismiss Entire Action Without Prejudice (the "Stipulation" (Dkt. 13)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed in its entirety, without prejudice, with each party bearing its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: 9/27/2021

John A. Kronstadt
United States District Judge